# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **XR, LLC,** | **Case No.: SACV 09-00038-CJC(MLGx)** |
| **Plaintiff,** | |
| **vs.** | |
| | **JUDGMENT** |
| **WEB PROFITS USA, INC.,** | |
| **Defendant.** | |

1

2

Judgment is entered against Defendant Web Profits USA, Inc., and in favor of Plaintiff XR, LLC, in the amount of $30,000.  Plaintiff shall also recover its costs.

3

4

5

DATED:     June 14, 2010

6

_____

CORMAC J. CARNEY

7

UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28